IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSHUA RYAN LITTLE BEAR KING,
Appellant,
vs.
CHERYL MARIE KING,
Respondent.

No. 84646

FILED

MAY 20 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's pro se motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Bryce C. Duckworth, District Judge, Family Court Division
Joshua Ryan Little Bear King
Cheryl Marie King
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-16035